UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE: 1:18-cv-02988

CARLOS BRITO,

    Plaintiff,

v.

CST METRO, LLC,

    Defendant.
_____

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, CARLOS BRITO and Defendant, CST METRO, LLC (collectively the "Parties"), by and through their respective attorneys, submit this Joint Notice of Settlement as follows:

1. The Parties reached a settlement agreement resolving the dispute that gave rise to this action.

2. The Parties have reached a settlement with respect to all claims and defenses asserted by and between them in this action.

3. Pursuant to the Parties' settlement agreement, the Parties will file a stipulated Motion for Dismissal with Prejudice within forty-five (45) days of this Notice.

Dated this 10th day of June, 2019.

                                              **GARCIA-MENOCAL & PEREZ, P.L.**

                                              Counsel for Plaintiff
                                              1150 Catamount Drive
                                              Golden, CO 80403
                                              Telephone: (720) 996 -3500
                                              Facsimile: (720) 381-0515
                                              E-mail: ajperez@lawgmp.com

                                              By:    /s/Anthony J. Perez
                                                       ANTHONY J. PEREZ

**BUTT THORNTON & BAEHR PC**

By: /s/ *Rodney L. Schlagel*
Rodney L. Schlagel
Jay J. Athey
Attorneys for Defendant
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777
rlschlagel@btblaw.com
jjathey@btblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this 10th day of June, 2019.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1150 Catamount Drive
Golden, CO 80403
Telephone: (720) 996 -3500
Facsimile: (720) 381-0515
Primary E-Mail:   ajperez@lawgmp.com

By:  /s/ *Anthony J. Perez*
      ANTHONY J. PEREZ